1

2

3

4

5

6

7

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

8

9

10

11

12

13

| YONG YI, YOUNG HAN, MEE LEE, | ) | |
|---|---|---|
| Plaintiffs, | ) | Case No.  2:13-cv-00508-JCM-GWF |
| vs. | ) | **ORDER** |
| MEGAN ALLRED, | ) | |
| Defendant. | ) | |

14    This matter is before the Court on the parties' failure to file a Joint Status Report.  The

15 Minutes of the Court dated March 25, 2013, required the parties to file a Joint Status Report

16 regarding removed action no later than April 27, 2013.  To date the parties have not complied.

17 Accordingly,

18    **IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **May**

19 **13, 2013,** which must:

20    1.    Set forth the status of this action, including a list of any pending motions and/or

21       other matters which require the attention of this court.

22    2.    Include a statement by counsel of action required to be taken by this court.

23    3.    Include as attachments copies of any pending motions, responses and replies thereto

24       and/or any other matters requiring the court's attention not previously attached to the

25       notice of removal.

26 . . .

27 . . .

28 . . .

1  Failure to comply may result in the issuance of an order to show cause why sanctions should not be

2  imposed.

3       DATED this 3rd day of May, 2013.

4

5  _____
    GEORGE FOLEY, JR.

6      United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2