**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| YONG YI, YOUNG HAN, MEE LEE, | ) | |
| | ) | |
| Plaintiffs, | ) | Case No.  2:13-cv-00508-JCM-GWF |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| MEGAN ALLRED, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on the parties' failure to file a Joint Status Report.  The Minutes of the Court dated March 25, 2013, required the parties to file a Joint Status Report regarding removed action no later than April 27, 2013.  To date the parties have not complied.  Accordingly,

**IT IS ORDERED** counsel for the parties shall file a Joint Status Report no later than **May 13, 2013,** which must:

1. Set forth the status of this action, including a list of any pending motions and/or other matters which require the attention of this court.

2. Include a statement by counsel of action required to be taken by this court.

3. Include as attachments copies of any pending motions, responses and replies thereto and/or any other matters requiring the court's attention not previously attached to the notice of removal.

. . .

. . .

. . .

1   Failure to comply may result in the issuance of an order to show cause why sanctions should not be

2   imposed.

3          DATED this 3rd day of May, 2013.

4

5

                                         GEORGE FOLEY, JR.
6                                        United States Magistrate Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                         2